**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

DIANA MEY,

        Plaintiff,

v.                                                                                          Case No:  6:16-cv-1823-Orl-40DCI

FESTIVA DEVELOPMENT GROUP,
INC. and ALLEN MARKETING GROUP,
INC.,

        Defendants.
_____/

## ORDER

This cause comes before the Court on review of Plaintiff's Notice of Voluntary Dismissal without Prejudice (Doc. 19) filed November 8, 2016.  The notice is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  *See Matthews v. Gaither*, 902 F.2d 877, 880 (11th Circ. 1990) (per curiam).  The Clerk of Court is **DIRECTED** to terminate all pending motions and close the file.

**DONE AND ORDERED** in Orlando, Florida on November 9, 2016.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties